ACCEPTED
04-14-00812-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/11/2015 3:16:07 PM
KEITH HOTTLE
CLERK

**Appeal No. 04-14-00812-CV**


**IN THE COURT OF APPEALS
FOR
THE FOURTH SUPREME JUDICIAL DISTRICT
SAN ANTONIO, TEXAS**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/11/2015 3:16:07 PM
KEITH E. HOTTLE
Clerk

_____

**IN THE ESTATE OF CONSUELLA PERKINS ULBRICH, DECEASED,
DOUGLAS J. ULBRICH**


**Appellant**


**v.**


**ROBERT HOPE, DARLENE WILSON and DEBRA BYRD**


**Appellees**

_____


**From the Probate Court No. 1,
Bexar County, Texas
Honorable Pooly Jackson Spencer, Presiding**

_____


**APPELLEES' MOTION FOR EXTENSION
OF TIME TO FILE APPELLEE'S BRIEF**

TO THE HONORABLE JUSTICES OF SAID COURT:

Appellees, Robert Hope, Darlene Wilson and Debra Byrd(hereinafter "Appellees"), file this their Motion for Extension of Time to File Appellees' Opening Brief in the above-referenced cause pursuant to Texas Rules of Appellate

---

Procedure 38.6(d) and 10.5(b), and in support thereof, would show this Honorable Court as follows:

1. Pursuant to Texas Rule of Appellate Procedure 38.6(b), Appellees' deadline to file their Appellees' Opening Brief is today, Wednesday, March 11, 2015.

2. This is Appellees' first request for extension of time to file their Appellees' Opening Brief.

3. Appellees respectfully request an approximately thirty (30) day extension to file their Appellees' Opening Brief - until Friday, April 10, 2015.

4. Appellees request this extension because the undersigned has had insufficient time to adequately prepare a cogent and succinct response to Appellant's Opening Brief.

5. Appellees request this extension not for purposes of delaying this appeal, but so that justice may be done.

Respectfully submitted,

**Arlitt Law Firm**, LLC

By:  /s/ Kristine Arlitt
    KRISTINE ARLITT, ESQ.
       Texas Bar No. 24034117
    206 Locust Street
    San Antonio  Texas  78209
    Telephone  210.821.6101
    Telecopier 210.821.6105

*Attorney for Appellees*

Of Counsel:

**Crist Law Firm, PLLC**


By: /s/ William D. Crist
      WILLIAM D. CRIST, ESQ.
         Texas Bar No. 24043614
      3123 N.W. Loop 410
      San Antonio  Texas  78230
      Telephone  210.340.3277
      Telecopier 210.372.0400


*Attorney for Appellees*

**CERTIFICATE OF CONFERENCE**

I received an email today, March 11, 2015, from opposing counsel, Philip M. Ross stating he is opposed to the thirty day extension.

/s/ William D. Crist
William D. Crist

**CERTIFICATE OF SERVICE**

I certify that on the 11th day of March, 2015, a true copy of this Motion for Extension of Time to File Appellees' Brief was served on the following:

Philip M. Ross
Attorney for Appellant
1006 Holbrook Road
San Antonio, Texas 78218

***Via Facsimile to 210.590.2509***

/s/ William D. Crist
William D. Crist